**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

MELISSA B. HOBBS,

        Plaintiff,

vs.                                                                          4:09-CV-5-SPM/WCS

MICHAEL J. ASTRUE,

        Defendant.

_____/

## ORDER AUTHORIZING ATTORNEY FEES

Upon consideration of Plaintiff's Attorney's Petition for Attorney Fees (doc. 26), and the Commissioner's response stating that the Petition is unopposed (doc. 27), it is hereby ORDERED AND ADJUDGED as follows:

1. The Petition (doc. 26) is granted. The remaining fee of $3,928.67 to Plaintiff's counsel is authorized pursuant to the Social Security Act.

2. Payment shall be made payable and mailed directly to the Plaintiff's Attorney, Heather Freeman.

DONE AND ORDERED this twenty-seventh day of June, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge